**Benjamin Ashley GARDNER,**
**Plaintiff–Appellant,**

v.

**Ellen Barry GRUNDEN,**
**Defendant–Appellee.**

No. 12–6824.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2012.

Decided: Sept. 11, 2012.

Benjamin Ashley Gardner, Appellant Pro Se.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Ashley Gardner appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gardner v. Grunden,* No. 1:12–cv–00935–JKB (D. Md. filed Apr. 3, 2012; entered Apr. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*